

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**New York District Office**

33 Whitehall Street, 5th Floor
New York, NY 10004-2112
New York Direct Dial: (929) 506-5270
FAX (212) 336-3625
Website: www.eeoc.gov

July 24, 2020

The Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, NY 10007

MEMO ENDORSED
The conference scheduled for August 13, 2020 is adjourned to October 1, 2020 at 11:15 a.m.
SO ORDERED.

_____
Paul G. Gardephe
United States District Judge
July 27, 2020

Re:   U.S. EEOC v. Baccarat, Inc.
      20-CV-02918-PGG

Dear Judge Gardephe,

    The parties submit this letter jointly to request a thirty day adjournment of all deadlines and conferences scheduled for the above-referenced case. The parties participated in a mediation session on July 23, 2020, as ordered by the court pursuant to the SDNY Pilot Discovery Protocols for Counseled Employment Cases. (ECF No. 12) The parties have made substantial progress toward settlement of this matter and intend to continue settlement negotiations in the coming weeks.

    So that the parties may focus its resources on settlement negotiations, we jointly request that the initial conference currently scheduled for August 13, 2020 and the corresponding deadline of August 6, 2020 by which to submit a proposed Case Management Plan and joint letter (ECF No. 5) are adjourned for thirty days.

Respectfully,

   /s/ Kirsten Peters_____
Kirsten Peters
Trial Attorney

U.S. EEOC
New York District Office
33 Whitehall Street, 5th Floor
New York, New York 10004-2112

Direct Dial: (929) 506-5325